# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2026-1280

———————————————

ROSA EYLEEN FLYNN,

   Petitioner,

v.

AMERICAN AIRLINES/SEDGWICK
CMS,

   Respondents.

———————————————

Petition for Writ of Prohibition—Original Jurisdiction.

Date of Accident: November 3, 2015.

June 5, 2026

PER CURIAM.

   DISMISSED.

KELSEY, LONG, and TREADWELL, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Toni L. Villaverde of Toni L. Villaverde, PLLC, Coral Gables, for Petitioner.

Michael Antonio Hernandez of Jones, Hurley & Hand, P.A., Miami, for Respondents.